UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JTH TAX, LLC f/k/a JTH TAX, INC. d/b/a
LIBERTY TAX SERVICES and SIEMPRETAX+,
LLC,

                                  Plaintiffs,

v.

BABLU SHAHABUDDIN,

and

250 MEDINA REALTY CORP. LLC; ONE
FORDHAM PLAZA LLC; JOVA REALTY LLC;
PARTINICO REALTY CORP.; AND 209 WEST
125TH STREET REALTY ASSOCIATES, LLC as
necessary parties named exclusively in their capacity
as the owners and/or lessors of the leased premises
that are the subject of this litigation,

                                  Defendants.
---------------------------------------------------------------X

ORDER

20-cv-02373 (PMH)

PHILIP M. HALPERN, United States District Judge:

       Counsel for plaintiffs and counsel for defendant Bablu Shahabuddin appeared telephonically at 2:00 pm today. Nominally-named defendants 250 Medina Realty Corp., LLC, One Fordham Plaza LLC, Jova Realty LLC, Partinico Realty Corp. and 209 West 125th Street Realty Associates, LLC ("Nominal Defendants") did not appear. Oral argument was had on the record.

       For the reasons indicated on the record and law cited therein, I am dismissing this action as to the Nominal Defendants and transferring the action to the United States District Court, Eastern District of Virginia, in Norfolk, Virginia. Plaintiffs' motion for a preliminary injunction (Doc. 11) remains undecided and *sub judice*.

Accordingly, the Clerk of the Court is respectfully directed to terminate Doc. 29, transfer this action to United States District Court, Eastern District of Virginia, in Norfolk, Virginia and administratively close this case.

SO-ORDERED:

Dated: New York, New York
       April 22, 2020

_____
Philip M. Halpern
United States District Judge